AARON D. FORD
  Attorney General
JOHN REGALIA (Bar No. 16969)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| JIN ACKERMAN, | Case No. 2:24-cv-02420-APG-DJA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| TUITAMA, et al. | |
| Defendants. | |

The Nevada Attorney General's Office (OAG), by and through counsel, Aaron D. Ford, Nevada Attorney General Aaron D. Ford, and John Regalia, Deputy Attorney General of the State of Nevada, and Jin Ackerman (#1189373), that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this ___ day of March 2026.

DATED this 11th day of March 2026.

AARON D. FORD

Attorney General

JIN ACKERMAN #1189373
*Plaintiff*

*/s/ John Regalia*
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___3-11___, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: June 18, 2026